Opinion issued July 22, 2025



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00362-CV

———————————

**LEE MONGERSON GILLEY, Appellant**

**V.**

**CHRISTOPHER J. BAUER AND SHARON BAUER, Appellees**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-72278**

---

## MEMORANDUM OPINION

Appellant, Lee Mongerson Gilley, filed a notice of appeal from the trial court's February 12, 2025 Protective Order in the underlying trial court cause. On May 27, 2025, the trial court signed a First Amended Protective Order, and on June

17, 2025, appellant filed an amended notice of appeal, seeking to appeal the First Amended Protective Order.

On July 9, 2025, appellant filed a "Notice of Nonsuit - Voluntary Dismissal of Appeal," which we construe as a motion to dismiss the appeal. In his motion, appellant stated that he "no longer desire[d] to prosecute this [a]ppeal." Appellant therefore seeks dismissal of the appeal. *See* TEX. R. APP. P. 42.1(a) (permitting voluntary dismissal of appeal on motion of appellant).

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Appellant's motion does not include a certificate of conference stating whether appellees, Christopher J. Bauer and Sharon Bauer, are opposed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days has passed and appellees have not responded to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court grants appellant's motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.